UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                 :
UNITED STATES OF AMERICA,            :
                 :
           -v-                          :           09-CR-790 (JMF)
                 :
CARLOS RUIZ,                         :           <u>SCHEDULING ORDER</u>
                 :
           Defendant.             :
                 :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On October 25, 2021, this case — in which Defendant Carlos Ruiz moves, *pro se*, for early termination of supervised release — was reassigned to the undersigned from the late Judge Pauley.  *See* ECF Nos. 39-40.  The Government shall file any opposition to the motion by **November 8, 2021**; any reply shall be filed by **November 22, 2021**.

        Mr. Ruiz indicates that he consents to electronic service, *see* ECF No. 39, at 13-14, and completed a Consent to Electronic Service Form.  (For reasons that are not clear, the contents of each field in the Form are not visible for the Court unless the field is selected.)  **Accordingly, the Clerk of Court is directed to establish electronic service for Mr. Ruiz at cmr175700 @gmail.com and to serve him with a copy of this Order in that manner.**

        SO ORDERED.

Dated: October 25, 2021
       New York, New York

                                                 _____
                                                 JESSE M. FURMAN
                                                 United States District Judge