UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                             :
:
      -v-                                                       :          09-CR-790 (JMF)
:
CARLOS RUIZ,                                                    :         MEMORANDUM OPINION
:               AND ORDER
                     Defendant.           :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Defendant Carlos Ruiz's *pro se* motion for early termination of supervised release is DENIED substantially for the reasons set forth in the Government's opposition (to which Ruiz did not reply by the Court-set deadline).  *See* ECF No. 42; *see also* ECF No. 41 (ordering that any reply be filed by November 22, 2021).  Put simply, although Ruiz's compliance with the law and the terms of his supervised release is commendable, he fails to demonstrate that early termination is in the interests of justice given the seriousness of his offense, his prior record, his failure to maintain employment while on supervised release, and his apparent misrepresentation about the position of the Probation Department with respect to his motion.  *See* ECF No. 42, at 6-9; *see also* 18 U.S.C. § 3583(e)(1) (providing that a district court may "terminate a term of supervised release . . . at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice"); *United States v. Stein*, No. 09-CR-377 (RPK), 2020 WL 4059472, at *2 (E.D.N.Y. July 19, 2020) ("[C]ourts in this circuit have routinely declined to terminate supervised release based solely on compliance with the terms of supervision." (citing cases)).

        The Clerk of Court is directed to terminate ECF No. 39 and to serve this Order on Ruiz electronically in accordance with the Court's prior Order.  *See* ECF No. 41.

        SO ORDERED.

Dated: November 29, 2021                       _____
       New York, New York                        JESSE M. FURMAN
                                                     United States District Judge